REDONDO STEAMSHIP COMPANY, INC., Respondent, v. IRVING BANK-COLUMBIA TRUST COMPANY, Respondent. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Defendant; KERR STEAMSHIP COMPANY, INC., and BENJAMIN HARRIS, as Receiver in Supplementary Proceedings of FRANK AUDITORE, Appellants.*— Judgment affirmed, with costs. No opinion. Rich, Young, Seeger and Scudder, JJ., concur; Lazansky, P. J., dissents.

ROBERTS FUEL & SUPPLY CO., INC., Respondent, v. RYE-PORT CHESTER DEVELOPMENT CORPORATION, Appellant.— Order granting plaintiff's motion for summary judgment, and judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

HERBERT SCHOOLER, Respondent, v. COLONIAL DISCOUNT CO., INC., Appellant.— Order consolidating Municipal Court action with Supreme Court action affirmed, with ten dollars costs and disbursements. The question of an election of remedies cannot be considered, not having been pleaded by defendant. (Roberge v. Winne, 144 N. Y. 709, 712.) Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

MARY M. SCOTT, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order of the City Court of White Plains unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

ARTHUR P. SMITH, Respondent, v. KATHERINE R. BALDER and PETER BALDER, Appellants.— Judgment of the County Court of Nassau county, and order, as amended, denying motion for a new trial, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

MARGARET L. SPRAGUE, Appellant, v. B. GRANT SPRAGUE, Respondent.— Judgment reversed upon the law and the facts and a new trial granted, costs to appellant to abide the event. The evidence as to the existence of the alleged common-law marriage between plaintiff and Kent does not approximate that required in order to constitute a common-law marriage (Graham v. Graham, 211 App. Div. 580, 582), for the reason that it fails to disclose any present consent of the plaintiff and Kent to take each other as husband and wife, to enter into a relation to continue until death, with the resulting obligations of husband and wife. Furthermore, the evidence discloses that the period during which the alleged common-law marriage is said to have existed was one in which it was legally impossible to contract such a marriage. (Matter of Hinman, 147 App. Div. 452.) Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

JOSEPH TOBIAS, Trading under the Name and Style of THE NATIONAL IMPORTING COMPANY, Respondent, Appellant, v. NORTH AMERICAN IMPORTING CO., INC., MORRIS CHECHANOWSKY, LOUIS ALWAIS, DAVID ROSSMAN and NATHAN LACHOFF, Appellants, Respondents, and MAX MOSKOWITZ, Defendant.— Order granting motion for examination before trial affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur. [133 Misc. 474.]